THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

HECTOR MANUEL RUIZ SANCHEZ, et al.,

      Petitioners,

  v.                                  CIVIL ACTION NO.   3:26-cv-00401

DAVID VENTURELLA, et al.,

      Respondents.


**ORDER TO SHOW CAUSE**

On June 15, 2026, Petitioners Hector Manuel Ruiz Sanchez and Jaime Alfonso Hernandez

Rodriguez were arrested in Huntington, WV. [ECF No. 1, ¶ 17]. Petitioners are now in custody of

Immigration Customs and Enforcement, believed to be in processing in the Southern District of

West Virginia. *Id.* ¶¶ 1, 7, 17. That same day Petitioners filed a Petition for Writ of Habeas Corpus

pursuant to 28 U.S.C. § 2241. [ECF No. 1].

By statute the court must quickly resolve this matter:

> A court, justice or judge entertaining an application for a writ of habeas corpus *shall*
> *forthwith* award the writ or issue an order directing the respondent to show cause
> why the writ should not be granted, unless it appears from the application that the
> applicant or person detained is not entitled thereto.

28 U.S.C. § 2243 (emphasis added). *See also* 28 U.S.C. § 1651 (All Writs Act); *Gonzalez-Pablo*

*v. Mason*, 788 F. Supp. 3d 759 (S.D. W. Va. 2025) (Goodwin, J.); *Larrazabal-Gonzalez v. Mason*,

No. 2:26-cv-00049, 2026 WL 221706 (S.D. W. Va. Jan. 28, 2026) (Goodwin, J.).

Accordingly, Petitioners' motion for immediate relief, [ECF No. 5], is **GRANTED in part.**

It is **ORDERED** that this case shall proceed as follows:

(1) Respondents **shall not remove or facilitate the removal** of Petitioners from the Southern District of West Virginia pending further order of the court;

(2) Respondents shall file a written response to this Order on why the Petition for Writ of Habeas Corpus should not be granted by **Thursday, June 18, 2026;**

(3) Counsel for Petitioners shall ensure that Respondents are **IMMEDIATELY** served with the Petition, [ECF No. 1], their motion, [ECF No. 5], and this Order to Show Cause.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:        June 15, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2